**Michael L. GILSTRAP,
Claimant–Appellee,**

v.

**R. James NICHOLSON, Secretary of
Veterans Affairs, Respondent–
Appellant.**

No. 2007–7068.

United States Court of Appeals,
Federal Circuit.

March 14, 2007.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Walter ROSADO, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Bureau of Customs and
Border Protection, Respondent.**

No. 2007–3116.

United States Court of Appeals,
Federal Circuit.

March 14, 2007.

Walter Rosado, pro se.

**ORDER**

Order Vacated, See 2007 WL 1288771.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.